UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT THOM NGIAM<br><br>                           Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, PAM BONDI, Attorney General, TODD M. LYONS, Director of Immigration and Customs Enforcement, PATRICK DIVVER, San Diego ICE Field Office Director; CHRISTOPHER J. LAROSE, Director – Otay Mesa Detention Center,<br><br>                           Respondents. | Case No.: 3:25-CV-03405 TWR (BLM)<br><br>**ORDER (1) REQUIRING RESPONDENTS TO RESPOND TO PETITION AND (2) GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>(ECF Nos. 1, 4) |

    Presently before the Court is Petitioner That Tom Ngiam's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Pet.," ECF No. 1) and Motion for Temporary Restraining Order ("TRO Mot.," ECF No. 4.)  The Court **ORDERS** Respondents Kristi Noem, Secretary of Homeland Security; Pam Bondi, Attorney General; Todd M. Lyons, Directo of Immigration and Customs Enforcement; Patrick Divver, San Diego ICE Field Office Director; and Christopher J. LaRose, Director – Otay Mesa Detention Center, **TO SHOW CAUSE** why the Petition should not be granted by filing a written response no

later than 4:00 p.m. on Wednesday, December 10, 2025. Petitioner **SHALL SERVE** on Respondents copies of both the Petition and this Order as soon as practicable and **SHALL FILE** proof of such service no later than 4:00 p.m. on Tuesday, December 9, 2025. Additionally, the Court **SETS** an Order to Show Cause Hearing for Thursday, December 11, 2025, at 1:30 p.m. in Courtroom 14A.

As for Petitioner's Motion for Temporary Restraining Order (TRO Mot.), the Court **GRANTS** Petitioner's request and, until further Order of this Court, **TEMPORARILY RESTRAINS** Respondents from removing Petitioner from the United States while the Petition remains pending.

**IT IS SO ORDERED.**

Dated: December 5, 2025

_____
Honorable Todd W. Robinson
United States District Judge